

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00548-CV

Jose Carlos **RAMOS**,
Appellant

v.

**URBAN, LLC** D/B/A ReBar,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-13450
Honorable H. Paul Canales, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's April 24, 2023 "Order on Motion for Summary Judgment" is AFFIRMED.

We ORDER appellee Urban, LLC shall recover its costs incurred in this court from appellant Jose Carlos Ramos.

SIGNED August 7, 2024.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice